United States District Court
Southern District of Texas
**ENTERED**
February 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDREW CHARLES JACKSON, | § | |
| Petitioner, | § § § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00126 |
| WARDEN COX, | § § § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 15). The M&R recommends that the Court grant Respondent's motion for summary judgment, (D.E. 14), and dismiss Petitioner's claim for habeas corpus relief, (D.E. 1). (D.E. 15, p. 1, 4).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 15). Accordingly, the Court **GRANTS** Respondent's motion for summary judgment. (D.E. 14). Petitioner's claim for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED**. (D.E. 1). A final judgment will be

entered separately.

    SO ORDERED.

                                                  DAVID S. MORALES
                                                  UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
        February ___, 2023